Jacob A. Levinson, appellee, v. Mid City Securities Corporation, appellant. Gen. No. 34,126.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed January 28, 1931. Rehearing denied February 9, 1931.

Philip H. Treacy, for appellant. Albert J. Goldberg, for appellee; William Levine, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

George Plachas et al., appellees, v. Frank Prokupimas et al. Julia A. Swort and Joseph Swort, appellants. Gen. No. 34,863.

Heard in the third division of this court for the first district. Opinion filed January 28, 1931.

Newton R. Gilmore, for appellants. Edwin D. Lawlor, for appellees; Edwin Walsh, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

The University of Chicago, appellee, v. Charles Andrews et al., defendants, on appeal of George Pilafas, appellant. Gen. No. 34,884.

Heard in the first division of this court for the first district. Opinion filed February 2, 1931.

McInerney & Power and Rosenberg, Corlett & Toomin, for appellant; Aaron L. Stein, of counsel. Winston, Strawn & Shaw, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

E. H. Brown, trading as E. H. Brown Advertising Agency and as Radio Advertising System, appellee, v. Benjamin D. Ritholz, trading as Ritz Optical Company, appellant. Gen. No. 34,666.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Nathanson, Bloch & Sitron, for appellant; Harold J. Sitron and Walter J. Bloch, of counsel. Casper Nathan, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.